UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____x

UNITED STATES OF AMERICA

   -against-                                  **ORDER**

JOSEPH LUCANIA,                    Docket No. 08-CR-398(FLW)

              Defendant.
_____x

      On the application of the defendant, JOSEPH LUCANIA, requesting the return of his United States passport,

      And, upon the Government by Assistant United States Attorney Lee D. Vartan having interposed no opposition to the request, it is,

      ORDERED, that United States Pretrial Services shall return the defendant's passport with the understanding that the defendant will not utilize his passport without prior permission from either United States Probation Department or the Court.

Dated: Trenton, New Jersey
       December 15, 2008

                                        So Ordered:

                                        _/s/ Freda L. Wolfson_  12/15/08
                                        Hon. Freda L. Wolfson
                                        United States District Court Judge
                                        District of New Jersey