# PERINI & HOERGER

ATTORNEYS AT LAW
1770 MOTOR PARKWAY
SUITE 300
HAUPPAUGE, NEW YORK 11749

RAYMOND G. PERINI
MAUREEN S. HOERGER

MICHAEL M. McCLELLAN
OF COUNSEL

(631) 232-2224
FAX (631) 232-2344

**RECEIVED**
MAR 11 2009
CHAMBERS OF US DISTRICT JUDGE
FREDA L. WOLFSON

February 20, 2009

Honorable Freda L. Wolfson
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building
And Courthouse
Newark, New Jersey 08608

Re:  United States v. Joseph Lucania, et al.
     Dkt. No. 08-CR 00398

Dear Judge Wolfson:

We are requesting permission for Joseph Lucania to travel to the Las Vegas for a wireless convention in which his company will be having an important presence. He would be leaving from McArthur Airport, on April 1, 2009, flying Southwest, and returning April 4, 2009.

United States Probation Officer John Danielo and Assistant United States Attorney Lee Vartan have no objection to removing the home confinement bracelet to permit this trip, under the condition that the amount of days he is away will be added to the back end of his home confinement period.

This is a very important event for his company, at which all of their customers from around the world will be present, and therefore is necessary that he attend.

Thank you for your attention to this matter.

Sincerely,

**PERINI & HOERGER**

Raymond G. Perini

RGP:ca

ACKNOWLEDGED:

___*See attached cc's*___
Lee D. Vartan
Assistant United States Attorney

___*See attached cc's*___
John Danielo
U.S. Probation Officer

SO ORDERED:

___[signature] 3/18/09___
Honorable Freda Wolfson
United States District Court Judge